IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KINSALE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT and LELA TILLOTSON;<br>JARED LANGLEY ENTERPRISES,<br>INC., a Montana corporation; and<br>MOUNTAIN WEST FARM BUREAU<br>MUTUAL INSURANCE COMPANY,<br><br>Defendants. | CV 21–115–M–DWM<br><br><br>ORDER |

Plaintiff having voluntarily dismissed this action pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure,

IT IS ORDERED that the above-captioned cause is DISMISSED. All pending motions are MOOT and all deadlines are VACATED.

DATED this 7 day of January, 2022.

Donald W. Molloy, District Judge
United States District Court